CURTIS CHALK, an Infant, by RUTH CHALK, His Guardian ad Litem, et al., Appellants, *v.* MARCUS CONTRACTING COMPANY, INC., Respondent.

Submitted April 11, 1938; decided April 19, 1938.

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the

second judicial department, entered December 24, 1937, which reversed, on the law and the facts, judgments in favor of plaintiffs entered upon a verdict and granted a new trial.

*Gustave Schwartz* for motion.

No one opposed.

Motion granted.